

Case 3:17-cv-01975-C-BN   Document 18   Filed 10/03/17   Page 1 of 26   PageID 224
Case 3:17-cv-01975-C-BN   Document 14-1   Filed 09/18/17   Page 1 of 6   PageID 213

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

# UNITED STATES DISTRICT COURT

### for the

2017 OCT -3  PM 2: 56

__Northern__   District of   __Texas__

DEPUTY CLERK___CAA_____

|  |  |
|---|---|
| Patricia I. Callins | ) Case No.   3:17-cv-01975-c-BN |
| _____ | ) |
| **Plaintiff(s)** | ) _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) Jury Trial:  _(check one)_  ☑Yes ☐No |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| **-v-** | ) |
|  | ) |
|  | ) |
| Swift Transportation Co., LLC | ) |
| _____ | ) |
| **Defendant(s)** | ) |
| _(Write the full name of each defendant who is being sued.  If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.       The Parties to This Complaint**

**A.       The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | | |
|---|---|---|
| Name | Patricia I. Callins | |
| Street Address | 4725 Forbes Court | P.O.Box 226225 |
| City and County | Fort Worth , Tarrant | Dallas  ,  Dallas |
| State and Zip Code | Texas  76105 | Texas  75222 |
| Telephone Number | 817 902-9962 | |
| E-mail Address | ipc2u2@gmail.com | |

**B.       The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Swift Transportation Co., LLC | | |
| Job or Title *(if known)* | | | |
| Street Address | 2200 S. 75th Ave. | %Corporate Cost Control Inc | 3470 Windmill Rd | 311 Walton Blvd |
| City and County | Phoenix, | P.O.Box 1180, Londonderry | Cleburne | Bentonville |
| State and Zip Code | Arizona, 85043 | NH, 03053-1180 | Texas, 76033 | Arizona, 72716 |
| Telephone Number | 602 269-9700 | | 817 760-4324 | |
| E-mail Address *(if known)* | | | | |

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Swift Transportation Co. |
| Street Address | 3470 Windmill Rd. |
| City and County | Cleburne |
| State and Zip Code | Texas, 76033 |
| Telephone Number | 817 760-4324 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:   Accusation of Misconduct, Defamation, Slander, Subjected to Breach of Conduct, subject to danger

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

Jan 2 2015, Jan 31 2015, Feb 4 2015, Mar 27 2015, Jun 16 2015, Jun 24 2015, Jul 16 2016, Jul 20 2015, Oct 26 2016, Mar 7 2016, Dec 3 2015, present day

C.   I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race               I am Black American
- ☐ color
- ☑ gender/sex          I am female
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)*               *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.   The facts of my case are as follows. Attach additional pages if needed.

The fact is that the defendant terminated my employment under false and unfounded information, falsely accused me of misconduct, made false statements about my character and driving record to other employees, Swift administrators, other related administrators and potential employers.

Case 3:17-cv-01975-C-BN  Document 14-1    4 of 6     attachment 1 of 2

## III.                    STATEMENT OF CLAIM

1. I am entitled to damages sought because the DEFENDANT accused me of misconduct on Jan. 2, 2015, in the Performance Counseling Report, (PCR).

2. Damages sought because the DEFENDANT accused me of being rude to store manager on Jan 31, 2015, and stated to bar me from that route which potential to earn more income.

3. Damages sought because the DEFENDANT stated that on Feb. 4, 2015, I supposedly had heard some employees talking, then became belligerent and loud. Employees told defendant to remove me from that route.

4. Damages sought because the DEFENDANT accused me of using offensive and abusive language on March 27, 2015.

5. Damages sought because the DEFENDANT used unfair and unequal treatment issuing routes on Jun 16, 2015.

6. Damages sought because the DEFENDANT accused of cursing, Misconduct, subjected to threats by store manager, subjected to Breach of Contract during delivery and in route to another delivery on Jun 24, 2015.

7. Damages sought because the DEFENDANT accused of Breach of Contract and Misconduct of delivery route, brought on by bad and unsafe conditions of the trucks on July 16, 2017.

8. Damages sought because the DEFENDANT accused me of misconduct by not working on scheduled work day, per July 20, 2015 PCR.

9. Damages sought because the DEFENDANT terminated me from employment Oct 26, 2016 stating reason:
    10/25/2014 preventable right turn crash in Pantego, Tx.
    10/ 6 /2015 preventable rear-end crash in Ft. Worth, Tx.

10. Damages sought because the DEFENDANT made false accusations and statements to Texas Workforce Commission which lead to determination decision of Denial of Unemployment Benefits.

Case 3:17-cv-01975-C-BN  Document 14-1   4 of 6    attachment 2 of 2

11. Damages sought because the DEFENDANT subjected my CDL driving record to untrue and negative incident information in which viewed by potential employers, and in seeking references, depicts or represents negative results for me.

12. Damages sought because the DEFENDANT issued more lucrative routes to White, (Caucasian), men and white, (Caucasian), women, and barred me from certain routes.

13. Damages sought because the DEFENDANT continues to declare that I acted with Misconduct while employed with them, and they continue to discredit my service, reputation, by giving false reference statements to potential employers of whom which I seek to continue fulfillment of my career and life.

Dated ___10/03/17_____

Signed ___*Patricia Callins*_____

Printed Name ___Patricia I. Callins_____

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

The defendant ensited toTexas Workforce Commission giving false, and accusatory information, which resulted in denial of Unemployment Benifits.
The defendant disallowed, kept back, ejected, refused, witheld, from me, the opportunity for better and equal routes that would lead to better and equal pay.
The defendant applied unfair and different treatment towards me.
The defendant subjected me to incidents of Breach of Contract.
The defendant subjected me to threats from work related management and endanger
The defendant subjected me to dangerous driving conditions and dangerous driving equipment.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

July 13, 2015
July 27, 2017

B.     The Equal Employment Opportunity Commission *(check one)*:

☐        has not issued a Notice of Right to Sue letter.

☑        issued a Notice of Right to Sue letter, which I received on *(date)*   5/26/2017  and  7/27/2017

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐        60 days or more have elapsed.

☐        less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages I ask the court to order the amount to $300,000.00.  Actual damages are 45,000.00 per year for earnings, loss of $3,000.00 vacation pay per year,  $3,000.00 potential bonus, potential 10% of income towards 401K, $25,000.00 loss 401K from previous employment used for support, loss of potential overtime, potential merit increase, cost of living increase, loss from defamation, slander, credibility, loss of career, loss of support, credibility, and trust with family, health benefits, tenure and experience, and for time loss, pain and suffering and emotional distress.  Also, I ask the court to order the amount of $1,000,000.00 punitive damages, for, this negative, blatantly offensive to civil rights mistreatment was unwarranted, unlawful, and just plain wrong to a life, a support, a being, a contribution of which to add as a positive and integral part to society, which has now been taken away by the defendant.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 846-2015-31710 |

**Texas Workforce Commission Civil Rights Division** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Patricia I. Callins | (817) 902-9962 | 05-16-1955 |

| Street Address | City, State and ZIP Code |
|---|---|
| Po Box 226225, Dallas, TX 75222 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SWIFT TRANSPORATION | 500 or More | (602) 269-9700 |

RECEIVED

| Street Address | City, State and ZIP Code |
|---|---|
| 3470 Windmill Road,  Cleburne, TX 76033 | |

JUL 1 3 2015

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
DALLAS DISTRICT

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 06-24-2015 | 06-24-2015 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I.      PERSONAL HARM:**

A. On June 26, 2015, I complained about Byrd's behavior and also that Respondent routinely puts African Americans on the less financially beneficial routes. I am aware that individuals outside of my protected status are given the better routes.

**II.     RESPONDENT'S REASON FOR ADVERSE ACTION:**

A. Respondent did not give a reason for its actions.

**III.    DISCRIMINATION STATEMENT:**

I believe that I was discriminated against because of sex (female) and my race (African American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| Jul 13, 2015 | *Patricia Callins* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* 7/13/15 |
|---|---|---|
| Date | Charging Party Signature | |

**Exhibit   AA**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **450-2015-03175** |

**Texas Workforce Commission Civil Rights Division** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Patricia I. Callins** | **(817) 902-9962** | **05-16-1955** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Po Box 226225, Dallas, TX 75222** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **WAL-MART** | **500 or more** | **(804) 400-7500** |

| Street Address | City, State and ZIP Code |
|---|---|
| **150 North Interstate 35 East, Lancaster, TX 75134** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

RECEIVED

JUL 13 2015

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
DALLAS DISTRICT

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **06-24-2015** | **06-24-2015** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I.     PERSONAL HARM:**

A. On June 26, 2015, I was yelled at by Store Manager Chris Byrd and instructed to pick up merchandise that had fallen and to restack the pallet. Drivers are not allowed to touch the merchandise. I am aware that black or white males and white females are not instructed to assist with stacking pallets.

B. On June 26, 2015, I complained about Byrd's behavior and also that Respondent routinely instructs Swift to give African Americans the less financially beneficial routes. I am aware that individuals outside of my protected status are given the better routes.

**II.     RESPONDENT'S REASON FOR ADVERSE ACTION:**

A. Respondent did not give a reason for its actions.

**III.     DISCRIMINATION STATEMENT:**

I believe that I was discriminated against because of sex (female) and my race (African American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Jul 13, 2015** *(signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          Charging Party Signature | 7/13/15 |

Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 450-2017-03606 |

| **Texas Workforce Commission Civil Rights Division** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Patricia I. Callins | (817) 902-9962 | 1955 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4725 Forbes Court, Fort Worth, TX 76105 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SWIFT TRANSPORTATION CO. | 500 or More | (479) 204-5555 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1604 Sparks Drive,  Cleburne, TX 76033 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-26-2015**    Latest **10-26-2015**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired with the above-referenced company on or about September 04, 2014, as a Professional CDL Driver. During my tenure, I performed my job duties satisfactorily.

On October 25, 2014, within 60 days of hire date, I was charged with a preventable accident in which on September 24, 2015, during a driving review, this charge was deleted thru "fresh start", from my driving record.

On October 6, 2015, I was involved in a truck accident that resulted in non-preventable accident. The company failed to conduct a proper investigation on my behalf and falsified information. As a result, I challenged the citations in court, which resulted in a dismissal of all citations.  Nonetheless, the company indicated that I was a high risk driver and discharged me from my position.

I believe I was discriminated against based on my race (Black), gender (female), and in retaliation for filing charges of discrimination against the company, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| Jul 27, 2017 | *Patricia H Callins* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) | Jamila Mims |
|---|---|---|---|
| Date | Charging Party Signature | | Digitally signed by Jamila Mims DN: cn=Jamila Mims, o=Dallas District Office, ou=EEOC, email=jamila.mims@eeoc.go v, c=US Date: 2017.07.27 09:25:25 -05'00' |

# GMail
by Google

I Callins <ipc2u2@gmail.com>

---

## Additional Charges on claim 846-2015-31710 and 450-2015-03175
1 message

---

**I Callins** <ipc2u2@gmail.com>             Wed, Jan 20, 2016 at 3:32 PM
To: sandra.taylor@eeoc.gov

Additional Charges from Patricia Callins against Swift and Walmart

Attention Sandra Taylor:

I do not know who the investigative agent servicing me is, however; I am informing you of additional claims or charges against my former employer.

As reported previously, I was terminated on 10-26-2015 for an accident I had in the company truck, while on duty on 10-06-2015. This accident was at no fault, or non-preventable against me, however, I was charged with 2 tickets at the scene of the accident. I appealed the tickets on court date 01-14-2016 and Judge of court dismissed all charges of that accident, producing accident non-preventable, at no fault for me.

According to Swift Driver's Handbook, (page 76, under preventable crash), it states that "Every crash in which a driver is involved shall be considered Unpreventable until it is established by investigation and review that there was no option which a driver could have reasonably taken to avoid the crash and that his/her action in no way contributed to the occurrence of the crash."
(attached order of dismissals and copy of page 76 of Swift drivers handbook)

I am also inquiring whether I should file another charge against Swift for my termination from this accident which was not giving the opportunity to be investigated properly, and for disallowing my "unemployment benefits", my earned right to benefits, which helps in sustaining for life until gainfully employed.

Please let me know as soon as possible, so that I may file in a timely manner, and if possible, let me know my investigator contact person.

Thank you,

Patricia Callins
Phone 817 902-9962
address 4725 Forbes Court
        Fort Worth, Tx. 76105

---

**3 attachments**

**Tickets Dismissed-No Charges.JPG**



**Tickets Dismissed-No Charges2.JPG**
309K

**Swift book pg 76 Unpreventable crash.JPG**
841K

July 27, 2015

To:      Naseer Duncan,    naseer.duncan@ eeoc.gov      phone 214 253-2781

From:   Patricia Callins,                                    phone 817 902-9962

Agency charge number 846-2015-31710 for Swift Transportation

Agency charge number 450-2015-03175 for Walmart

Mr. Duncan,

As mentioned in voice message that I left you, I am sending you the Retaliation write-up that Swift management gave to me on July 20, 2015

Attached is copies of :

  Performance Counseling Report (PCR)   FINAL WARNING from Swift management

  Explanations of incidents by Date with routing information

  Walmart Memo's and Survey sheets


In regards to Performance Counseling Report (PCR) all information written by Swift management is untrue, false information, and unfounded.

With all of these events, incidents, I request for security surveillance video.

1.  FRIDAY 01/02/20015  store 2980
    Incident with store manager     Ron (last name unknown)
    Arrived at store at 07:23. It took him some time to finally open the receiving  area door. After I came into the store, mgr Ron was the only person in the receiving area. He finally started to unload the truck at 20:55, then told me to get a lift and start unloading. I told him , "No", and , We (drivers), have a , "No Touch  Freight" policy. I left that area at 20:39.
    I had another store to deliver to as well as to pick up a backhaul, (to pick up at a supplier), Conagra/ Americold.
    I did not argue or curse. I always maintain a professional behavior.
    (SEE ATTACHED COPY **EXHIBIT A / REQUEST FOR PULL AND REVIEW SURVEILLANCE VIDEO**)
    Store manager request for me to be removed from route.

2.  SATURDAY 01/31/2015    store 3274
    Incident with store manager   Latle (name spelling unclear/ last name unknown)
    Arrived at store at 12:55. It took him some time to finally open the receiving area door. After I came into the receiving area door. There was only 1 store associate who began the unload of truck. I asked if there was someone else to help him unload because of quantity of pallets and little time left to get all unloaded.   I advised him of time allotted for each unload. Mgr. was upset, but finally began to help the associate unload.
    I had 2 other store to deliver to and a backhaul, Kraft Foods.

Page 2

I did not argue of curse.  Always professionalism.
(SEE ATTACHED COPY **EXHIBIT B/ REQUEST FOR PULL AND REVIEW SURVEILLANCE VIDEO**)
Store manager request for me to be removed from route.

3.   WEDNESDAY 02/04/2015   store 590
     Continued search for 02/04/2014 paperwork
     (SEE ATTACHED COPY **EXHIBIT C / REQUEST FOR PULL AND REVIEW SURVEILLANCE VIDEO**)
     Store manager request for me to be removed from route.
     No such route in my documents.  See attached Exhibit C.  Unconfirmed route for me.

4.   FRIDAY 03/27/2015   Involves a 4 store route with 2 of which were curfew stores.
     Curfew store means to be at that store or gone from that store at certain times, and could also
     have a noise ordinance.
     Route 5123
     Dispatched to a dirty truck.  Had to clean the truck before begin and always truck Pre-inspect.
     Left guard gate at 17:21.

          1st Store 3392 Bedford, Tx.  Small marketplace  **Curfew** 7 pallets to deliver

                    THIS STORE HAS A **NOISE** ORDINANCE
                         **ATTENTION DRIVERS**
          YOU <u>CANNOT</u> ARRIVE ON THE PREMISES AFTER 20:00 PM
          _____


          2nd store 266  Grapevine, Tx  Super Center     8 pallets to deliver

          _____


          3RD Store  5985 Southlake, Tx.  Small marketplace  **Curfew** 3 pallets to deliver

                    THIS STORE HAS A **NOISE** ORDINANCE
                         **ATTENTION DRIVERS**
          YOU <u>CANNOT</u> ARRIVE ON THE PREMISES AFTER 20:00 PM
          _____


          4th store  3274  N. Richland Hills, Tx.  Super Center   9 pallets to deliver

          _____


Arrived at  1st store  3392 at 19:03  4 dairy pallets and 3 frozen pallets.   This store has to 1st pull
out its 4 dairy pallets, then, take out 7 pallets that belong to the other stores and maneuver
them to a place until store 3392 other 3 frozen pallets are taken out.  It was difficult for them to
find room in the store for those other pallets as well they needed to clean up yogurt which had
fallen.  This took them more time.

Page3

As they were still taking out pallets, I knew this would take them more time , so I called Swift dispatch at approx. 17:40.  I spoke with Donna because Amber was not presently in the office, and advised her to call downstairs and let the Walmart Dispatch know  if I should go to the next store, ( which would be store 266), since the curfew of the 3rd store would have passed, and for her to let me know.

I called the Swift dispatch back approx. 20:10, Donna answered and I asked to speak with Amber and asked her what was answer from Walmart dispatch.  Donna told me that she did not call Walmart dispatch.  I advised Amber of the situation, and that my paperwork stated that the curfew was at 20:00, as per my paperwork.  She advised to me that the curfew was 21:00.  I then told her that I had also asked for Donna to call Walmart dispatch and get disposition.  Amber told me that the  Walmart dispatch was not notified and that ,curfew is 21:00, and to go the  curfew store 5985.  The time was then approx. 20:25  I preceded to the curfew store 5985. I arrived approx. 21:02.  I went to the receiving dock door and someone spoke from the inside and said that it was too late for delivery.  I went back to the truck and a Southlake policeman drove in front of the truck.  I had Amber on the phone as the policeman wrote the citation for violating the city ordinance.  I was angry and advised Amber that that should have not have happened.  I call for support from our Swift Support Office, and I get a ticket.  I told her that that citation was in my name and that I am ultimately responsible

I did not curse, nor do anything unethical nor improper.

After completing my route, I returned to the Walmart dispatch office, and I asked the lady at the window, "What was the curfew at store 5985, and what exactly does the curfew mean?" That young lady was about to answer, when another lady in the back interceded, and just told me to go upstairs to the Swift dispatch office.  I told her that upstairs gave me conflicting information as opposed to what my paperwork said.  I was trying to explain to her what happened, she again told me to go upstairs.  She interrupted me again as I was trying to tell them what happened and to get clarity on the curfew rules for that store.  That second lady did not want to hear any of my concerns.  I was not heard for the discrepancies from the 2 offices.  I was not insulting, offensive, and did not use abusive language to any of those 2 ladies, and was only rightfully asking pertinent questions that my Swift dispatch was unknowing, untruthfully , and unsupportively unable to help me with.

(SEE ATTACHED COPY **EXHIBIT D / REQUEST FOR PULL AND REVIEW SURVEILLANCE VIDEO**)


5.  I received a 02:50 a.m. route dispatch on 07/15/2015 evening, and was dispatched truck 120379.  I always do my pre-inspection of the truck I am about to drive.  There was severe hood mirror damage from a previous driver which was not properly turned in for repair.  I turned the truck in to Donna for repair because damage prevented safe driving, a safety hazard. Donna and Juan issued me a second truck.  Truck no. 122639. This truck did not have all of its proper updated insurance records, registration record, and FIFA paper, which all should be properly updated per DOT and Texas Law.  Donna, nor Juan, knew how to get updated registration papers for that truck, so I told them to issue to me a 3rd truck. Truck no. 122067, which I had to make a service repair request because the brakes were very poor.  Safety Hazard.  I do my safety pre-inspection on all trucks that I am about to drive,; for me own safety, as well as for a DOT requirement and Swift requirement.  Therefore, for that route, I did 3 pre-inspections early that morning, just to get a truck per the legal requirements.

Page 4

Had I driven that 1st or 2nd truck, being unsafe and/or illegal, I may have had an accident or have received a citation.  Either, way, I would have not been a professional driver.
The truck with the broken mirror should have been repaired before another driver drove it, and risk being unsafe, and not putting blame on me for route being late.  The truck with the outdated paperwork should have been updated 6 months ago by management, and not putting blame on me for the route being late.
(SEE ATTACHED COPY **EXHIBIT E / REQUEST FOR PULL AND REVIEW SURVEILLANCE VIDEO**)


6. The balance of the PCR, being absent, reporting for work, and tardiness, are all unfounded. There were many days in which I gave my proper availability times, but was not called on for a route, and there were noted times when I was issued a truck that had already been written up for major safety hazard but was issued to me anyway, and there was a noted time that I was not paid for a backhaul late charge that I paid for, with my own money and have not gotten reimbursed, and noted time when I was placed on a Safety Hold, (not able to get a route and drive), due to that Swift office did not know how to correct the computer system.



See also, attached copies of Walmart memos, Walmart surveys that drivers must file out, and Swift forms.



Thank you,



Patricia Callins

# PERFORMANCE COUNSELING REPORT (PCR)

Employee Name:          Patricia Callin

Employee ID #:          359023

Department / Terminal:  Cleburne TX

Level of PCR :          FINAL WARNING

## Reason for Counseling  (Describe why performance and/or conduct are unsatisfactory.  Cite policy, rule or expectation not followed.)

Friday 01/02/15  at store 2980. Driver had been arguing and cursing  the store Manager. At the manager request please remove driver from route.

Saturday 1/31/15 Driver at store Wal Mart 3274,patricia had been very rude to the store manager: store manager asked how many pallets she was delivering,driver says"what is this 20 questions?" per store manager request that driver be removed from the route.

Wednesday 2/4/15  At store 590, driver called the store to have them open the delivery door. Patricia came around the corner over heard a conversation the manager was having to the unloader,became belligerent,and load to store manager and store associates. Per store manager please remove driver from route.

Friday 3/27/15 driver had gone to the Wal mart transportation office to wait on paperwork. Driver begin yelling at dispatch that Wal Mart need to get there stuff together,Wal Mart(dispatch) asked patricia to go upstairs to speak Swift OPS. Patricia yelled back stating , "you do not interrupt me,I'm trying to talk".

Per Company policy, "As a Driver of Swift use of insulting,offensive or abusive language or conduct towards others,including employees, Managers,or customers. (Driver Handbook,section 1,page 16)

 Thursday 7/16/15,Patricia made it here 30 minutes after gate. She got a truck and left. She then called me 25 minutes later and told me that she needed a truck because the pass mirror was broken. So I Tcalled the load and gave her a new truck. Then she called me again at 0445 and said that the paperwork was out of date. We had to put her into another truck 2 hours past gate. She never left the yard until 0510. .The late delivery of freight (Service Failure) causes problems for our customers, your fellow Drivers and your Driver Leader. When you are absent, others must perform your workload, just as you must assume the workload of others who are absent. Drivers are expected to report to work as scheduled, on time and prepared to start work.  If you are unable to report for work on any particular day, you must call your Driver Leader as soon as possible before the time you are scheduled to begin working for that day. In all cases of absence or tardiness, Drivers must provide their Driver Leader with an honest reason or explanation.  If you fail to report for work without any notification to your Driver Leader, you may be considered to have abandoned your employment with the Company." (Driver Handbook, Section 1, Pages 29 - 30)

## Corrective Action  (Describe steps required to correct above, expectations going forward, and consequences if not met.)

Immediate and sustained improvement is required.  In the future, if there is any reason Patricia cannot work on her scheduled day, dispatch must be notified in advance in order to provide timely service to our customer. We can not wait until the scheduled work day to find out that we are going to be short scheduled drivers. Future incidents of this nature

Form effective: 04/15/14

or other company policy violations or performance issues may result in additional disciplinary action, up to and including removal from the account and/or termination of employment.

**Employee Comments**

*ALL UNTRUE, FALSE INFORMATION.*
*RETALIATION FROM EEOC CLAIM.*
*(REVIEW W/ EEOC)*

Witness (Must be a Supervisor or Leader): *Forrest 3. Stroeh*          Date: 7-20-15

◄Leader Signature: _____          Date: 7.20.15

Performance improvement must be immediate and sustained. Recurrence of this problem or any other performance related problem(s) may lead to further disciplinary action, to include termination of employment. I understand I may submit a rebuttal to this Performance Counseling Report following the Complaint Procedure outlined in the Employee Handbook. My signature only acknowledges receipt of this Performance Counseling Report.

Employee Signature: *Refuse To Sign*          Date: 7-20-15

Form effective: 04/15/14

June 18, 2015


To Swift-Wal-Mart Cleburne Terminal Administration

Attention to Terminal Leaders D.J. McCarty and Forrest:

Incident of Unequal treatment, as of June 16, 2015


On the date, June 16, 2015, I arrived to be dispatched to my routing assignment approximately 17:45 time.

As I approached the dispatch window, I was given node by Juan to come into office. I proceeded onward to get keys to tractor for dispatch. I lay keys on desk at window where Juan was sitting and acknowledged to him that that was keys to tractor for my dispatch. He quickly asked, "What are we doing?" and proceeded on to search into computer for info for me, and at the same time states "I don't know what to do, this is now my desk". Then he states, "It says that you are freed". At that moment, another gentleman approaches the dispatch window. This gentleman, I believe goes by the name of Don Johnson, driver. He then came into the office. I tell Juan, "Yes, I'm freed", and began to dance. Juan, immediately starts putting in information and gets outs paperwork for to dispatch Don Johnson.

I notice that Juan has directed his attention to dispatching Don Johnson, and I ask Juan as to why he is working on the other drivers dispatch and he's not finished with mine. Juan maintains stating that he does not know how to set up or work that computer system.

The next moment, Crystal intercedes, and says to me, "Ms Patricia, I have you on a 2nd load going 2 stop Dallas, and then to Rowlet". I acknowledge to her and say, "Yes, Thank You, the new gentleman had already called me and told me".

By this time, Juan has finished on the computer he says he did not know how to work, the dispatch to Don Johnson, and I ask to him again, "Why was he able to work and finish the other drivers info. , but was now able to do mine?". He again maintains that he did now know how to work that computer.

By this time, Crystal realizes that I am persistent in trying to find out why another gentleman was serviced ahead of me, intercedes again, and tells me, "Take it outside, cause I'm on the phone". I tell her "Yes, you are on the phone, and I'm talking to Juan". In an argumentative manor, Crystal begins to explain to me that, "He, (speaking of Juan), is with us". She also makes the comment that I was dancing.

Page 2

As that conversation with Crystal continues, Juan finally finishes my dispatch, the dispatch that he did not know how to do, the dispatch that he stopped working so as to start on another drivers dispatch.

I wanted to bring this matter to the attention of Swift workforce organization because it is truly is unacceptable to workplace practices to treat anyone unfairly and to maintain impartiality towards all employees.  This is in direct violation of equal employment practices, and I will need for this to be investigated and reviewed.

I felt that my rights and business was set aside, for the preference to another driver.  I felt viewed that my needs were not of value.  I felt that my needs were not of importance for Crystal to have dismissed me.  I was lead to believe that, I was not with the business of Swift Transportation, as when Crystal states, "He is with us"; AS IF I'M NOT WITH ANY ONE".  She leads me to believe that she defends him, because he is with us, The Company, Swift, and I am not. As if I am just another person standing in the office, not a part of this organization.

I wish that you please review this matter, so that I may know as to what steps are put into place for resolution so that I may know steps of resolution for myself.

At this time, I am under the implied impression that Swift Transportation has an equal employment business practice, in the way that employees are treated, in the way that dispatch opportunities are offered to all drivers, and in the way that We, not just those working in the office, do business. I don't expect to be judged or treated differently, unequal, or impartial, just because I appear to be different, because I am a female driver, or even because I dance.  Please follow up with me on this matter, as soon as possible.

Thank you,


Patricia Callins, code 359023

# Gmail

I Callins <ipc2u2@gmail.com>

---

## Patricia Callins -Swift Walmart complaint
1 message

---

**I Callins** <ipc2u2@gmail.com>
To: naseer.duncan@eeoc.gov

Sun, Jul 19, 2015 at 6:49 PM

Mr. Duncan,  I have attached a list of names of Swift drivers who also share much concern about unfair treatment

📄 **names for complaints.docx**
   12K

To:     Naseer Duncan,    naseer.duncan@ eeoc.gov      phone 214 253-2781

From:   Patricia Callins,    ipc2u2@gmail.com          phone 817 902-9962

Agency charge number 846-2015-31710 for Swift Transportation

Agency charge number 450-2015-03175 for Walmart

These Swift Drivers are aware of EEOC intervention and have permitted me to exchange their phone information to you for possible interview of their work relations.

| Name | Phone | Sex | Race | Complaint |
|------|-------|-----|------|-----------|
| Brenetta (last name unknown) | 817 703-6508 | Female | Blk. Amer. | Resent termination |
| Duke (last name unknown) | 817 714 2645 | Male | Blk. | Resent complaints |
| Cris (last name unknown) | 214 966-3050 | Male | Race Unknown | Resent complaints |
| Alvin (last name unknown) | 214 966-4550 | Male | Blk Amer. | Resent complaints |
| Andrew (last name unknown) | 817 271-0563 | Male | Blk. Amer. | Resent complaints |
| James (last name unknown) | 469 274-6044 | Male | Blk. Amer. | Resent complaints |
| Floyd (last name unknown) | 682 551-4922 | Male | Blk. Amer. | Resent complaints |

(Recently Floyd just shared w/ me that certain night shift personnel had disparaging words to say about me)

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | | |
|---|---|---|
| To: **Patricia I. Callins**<br>4725 Forbes Court<br>Fort Worth, TX 76105 | | From: **Dallas District Office**<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |

| [ ] | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **450-2015-03175** | **Sandra C. Taylor,**<br>**Enforcement Supervisor** | **(214) 253-2877** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

**Belinda F. McCallister,**
**Acting District Director**

5/26/17

*(Date Mailed)*

cc: **Dorothy Young, Attorney**
**LITTLER MENDELSON, PC**
**(WAL-MART)**
**2301 McGee Street, 8th Fl.**
**Kansas City, MO  64108**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Patricia I. Callins
4725 Forbes Court
Fort Worth, TX 76105

From: Dallas District Office
207 S. Houston St.
3rd Floor
Dallas, TX 75202

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2015-31710 | Sandra C. Taylor,<br>Enforcement Supervisor | (214) 253-2877 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Belinda F. McCallister,
Acting District Director

5/26/17
(Date Mailed)

Enclosures(s)

cc: Felicia G. Ollis
Human Resources Leader
(SWIFT)
2200 S. 75th Avenue
Phoenix, AZ 85043

EEOC Form 161 (11/16)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Patricia I. Callins**                          From:  **Dallas District Office**
     **4725 Forbes Court**                                    **207 S. Houston St.**
     **Fort Worth, TX 76105**                                 **3rd Floor**
                                                              **Dallas, TX 75202**

|  | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **450-2017-03606** | **Jamila Mims,** **Investigator** | **(214) 253-2819** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

_____                          7/27/17
**Belinda F. McCallister,**                               *(Date Mailed)*
**Acting District Director**

cc:   **Felicia G. Ollis**
      **HR Manager**
      **SWIFT TRANSPORTATION COMPANY**
      **2200 S 75th Ave**
      **Phoenix, AZ 85043**

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        October 3, 2017

Signature of Plaintiff        _Patricia Callins_

Printed Name of Plaintiff        Patricia I. Callins

### B.   For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____

Print        Save As...        Add Attachment        Reset