IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATRICIA I. CALLINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 3:17-CV-1975-C-BN |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Thus, Defendant's Motion to Dismiss is **DENIED WITHOUT PREJUDICE** and the Motion for More Definite Statement is **GRANTED** in that Plaintiff shall file an amended complaint using the *pro se* form attached to the Findings, Conclusions, and Recommendation. Plaintiff should attach additional pages to the form to set out the facts supporting her claim. However, she should only use any additional pages to state "simply, concisely, and directly" all actions by Defendant that she contends entitle her to relief. Said amended complaint shall be filed within twenty-one (21) days from the date of this Order or the above-styled and -numbered cause of action will be dismissed.

**SIGNED** this 4th day of Oct., 2017.

SENIOR UNITED STATES DISTRICT JUDGE