IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATRICIA I. CALLINS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:17-CV-1975-C-BN |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, | ) |
| Defendant. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The undersigned District Judge has reviewed all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, entered February 28, 2018, Plaintiff's Objections, and Defendant's Response to the Objections.[1] In accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are ACCEPTED AND ADOPTED as the Findings and Conclusions of the Court.

Thus, Defendant's Motion to Dismiss, filed December 1, 2017, is **GRANTED** and Plaintiff's defamation claim under Texas Citizens Participation Act is **DISMISSED WITH PREJUDICE**.

**SIGNED** this 7th day of September, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court finds that Plaintiff's Objections should be OVERRULED.