# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

PATRICIA I. CALLINS
Plaintiff

NO. 3:17-CV-1975-C-BN
CASE NUMBER

v.

SWIFT Transportation Co. of Az., LLC,
Defendant

SAM R. CUMMINGS
JUDGE

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 SEP 27 PM 2:20
DEPUTY CLERK

## NOTICE OF APPEAL

Notice is hereby given that __PATRICIA I. CALLINS__
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

__ORDER Accepting Findings and Recommendation of the U.S Magistrate Judge and RULE 54(b) JUDGEMENT__
(conviction and sentence); (sentence only); (order); (judgment)

entered in this action on __SEPTEMBER 7, 2018__
(Date)

Date __SEPTEMBER 27, 2018__

Attorney/Pro Se Litigant Signature __/s/ Patricia Callins__

Print Name: PATRICIA I. CALLINS

Address: 4725 FORBES COURT

City, State, Zip: FORT WORTH, TEXAS 76105

Telephone: 817 902-9962