# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PATRICIA I. CALLINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>)<br>SWIFT TRANSPORTATION CO. OF )<br>ARIZONA )<br>)<br>Defendant ) | CIVIL ACTION NO.<br>No. 3:17-cv-1975-C-BN |

## PLAINTIFF'S MOTION REQUESTING TRANSCRIPT AT GOVERNMENT EXPENSE

I, PATRICIA I. CALLINS, Plaintiff, Pro-Se, come with this Motion Requesting Transcript at Government Expense in accordance to United States Court of Appeal rule because of Financial Hardship. I have applied for an appeal to this District Court case along with the motion for Leave to Proceed in forma pauperis on October 11, 2018 and am requesting this motion to help fulfill the requirements of the court.

I pray for the Courts expressed attention and understanding in my case and to the matter of this motion to be granted.

Sincerely,

Signed _/s/ Patricia Callins_

Dated ___October 22, 2018___

Patricia I. Callins
4725 Forbes Court
Fort Worth, Texas  76105
817 902-9962
ipc2u2@gmail.com

Swift Transportation Co. of Arizona LLC
c/o Corporate Cost Control Inc.
P.O. Box 1180
Londonderry, NH 03053-1180

Gerald G. Howard
Ainsa Hutson Hester& Crews LLP
5809 Acacia Circle
El Paso, Texas  79912

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PATRICIA I. CALLINS )<br><br>Plaintiff )<br>)<br>v )<br>)<br>)<br>SWIFT TRANSPORTATION CO. OF )<br>ARIZONA )<br>)<br>Defendant ) | CIVIL ACTION NO.<br>No. 3:17-cv-1975-C-BN |

## CERTIFICATE OF SERVICE

I, PATRICIA IRIS CALLINS, Plaintiff, certify that I have filed with the court and mailed copy via mail of this document , **PLAINIFF'S MOTION REQUESTING TRANSCRIPT AT GOVERNMENT EXPENSE**

Swift Transportation Co. of Arizona LLC
c/o Corporate Cost Control Inc.
P.O. Box 1180
Londonderry, NH 03053-1180

Gerald G. Howard
Ainsa Hutson Hester& Crews LLP
5809 Acacia Circle
El Paso, Texas 79912

Signed _____
Patricia I. Callins
4725 Forbes Court
Fort Worth, Texas 76105
Telephone No.    817 902-9962
Email    ipc2u2@gmail.com