# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 05, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 18-11281    Patricia Callins v. Swift Trans Co. of AZ, L.L.C.
                       USDC No. 3:17-CV-1975

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Roeshawn A. Johnson, Deputy Clerk
                                504-310-7998

cc:
    Ms. Patricia I. Callins
    Mr. Gerald Green Howard
    Ms. Kimberly Summer Moore

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-11281
_____

PATRICIA I. CALLINS,

    Plaintiff - Appellant

v.

SWIFT TRANSPORTATION COMPANY OF ARIZONA, L.L.C.,

    Defendant - Appellee

_____

Appeal from the United States District Court for the
Northern District of Texas
_____

CLERK'S OFFICE:

Under 5ᵀᴴ Cɪʀ. R. 42.3, the appeal is dismissed as of November 5, 2018, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with the court reporter.

        LYLE W. CAYCE
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: _____
        Roeshawn A. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued Nov 05, 2018**

**Clerk, U.S. Court of Appeals, Fifth Circuit**