IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PATRICIA I. CALLINS,                )
                                    )
          Plaintiff,                )
vs.                                 )   No. 3:17-CV-1975-C-BN
                                    )
SWIFT TRANSPORTATION CO.            )
OF ARIZONA, LLC,                    )
                                    )
          Defendant.                )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The undersigned Senior United States District Judge has reviewed all relevant matters of record in this case, including the thorough and well-reasoned Findings, Conclusions, and Recommendation of the United States Magistrate Judge, entered February 4, 2019, along with Plaintiff's Objections, filed February 15, 2019. The Court finds that Plaintiff's Objections should be **OVERRULED**.[1] In accordance with 28 U.S.C. § 636(b)(1), the undersigned Senior United States District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED AND ADOPTED** as the Findings and Conclusions of the Court.

---

[1] To the extent Plaintiff is attempting to now respond to Defendant Swift Transportation Co. of Arizona, LLC's Motion for Summary Judgment by objecting and attaching various documents, the time for filing a response has expired and Plaintiff may not use the period for filing an objection as an extension to respond to the motion in the guise of an objection. Plaintiff failed to file a timely response to the motion for summary judgment as is noted in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. At any rate, Plaintiff's evidentiary attachments to her Objections do not change the correctness of the Magistrate Judge's findings and conclusions or create a genuine issue of material fact that would prevent the granting of summary judgment.

Thus, Defendant Swift Transportation Co. of Arizona, LLC's Motion for Summary Judgment, filed August 29, 2018, is **GRANTED** and Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE**.

SIGNED this 26th day of February, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE